UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
| Plaintiff, | ) ) ) Case No. 1:22-cv-01485-ARR-CLP |
| v. | ) ) |
| SEACHANGE INTERNATIONAL, INC., ROBERT PONS, PETER D. AQUINO, DAVID J. NICOL, JULIAN D. SINGER, STEVEN G. SINGER, and MATTHEW STECKER, | ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 30, 2022

**RIGRODSKY LAW, P.A.**

By: _/s/ Gina M. Serra_
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*

So Ordered,

/s/(ARR)
_____
Allyne R. Ross, U.S.D.J. 7/1/2022